IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-M-2518

CORAA COMMUNICATIONS, LLC,

        Plaintiff,

v.

UTSTARCOM, INC.,

        Defendants.

_____

ORDER DENYING EX PARTE MOTION TO FILE NOTICE OF ATTORNEYS' LIEN
WITHOUT NOTICE TO OPPOSING COUNSEL
_____

    The *Ex Parte* Motion to File Notice of Attorneys' Lien without Notice to Opposing Counsel is denied.

    DATED: August 5, 2005.

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge