IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-02518-RPM

CORAA COMMUNICATIONS, LLC,

    Plaintiff,

v.

UTSTARCOM, INC.,

    Defendants.

_____

ORDER OF DISMISSAL
_____

   Pursuant to the Stipulation for Dismissal with Prejudice filed on August 24,

2005, it is

   ORDERED that this action is dismissed with prejudice, each party to pay its

own costs, fees and expenses.

   DATED: August 25, 2005.

       BY THE COURT:


       s/Richard P. Matsch
       _____
       Richard P. Matsch, Senior District Judge